IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS AV, LLC,<br><br>　　　　　　　*Plaintiff,*<br><br>　v.<br><br>AVAYA, INC.<br><br>　　　　　　　*Defendant.* | C.A. No. 11-cv-1083-GMS |

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Pragmatus AV, LLC, ("Pragmatus") and Avaya, Inc. ("Avaya"), having entered into a settlement and license agreement and each having executed the agreement, hereby stipulate to:

(1) Dismissal with prejudice of all of Pragmatus's claims against Avaya in this action;

and

(2) Dismissal with prejudice of all of Avaya's counterclaims in this action.

Each party will bear its own costs and attorneys' fees.

/s/ *Brian E. Farnan*
Brian E. Farnan (#4089)
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
(302) 777-0301 (Fax)
bfarnan@farnanlaw.com

Of Counsel:
Anthony Grillo
MARINO AND GRILLO
437 Midland Avenue
Wayne, PA 19087
Telephone: (610) 989-0143
Fax: (610) 549-2385

/s/ *Robert M. Oakes*
Robert M. Oakes (#5217)
Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 652-5070
oakes@fr.com

Christopher O. Green
Fish & Richardson P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
(404) 892-5005
cgreen@fr.com

agrillo@marinogrillo.com

*Attorneys for Plaintiff*
*PRAGMATUS AV, LLC*

*Attorneys for Defendant*
*AVAYA, INC.*

SO ORDERED this _____ day of August, 2012.

_____
THE HONORABLE GREGORY M. SLEET
Chief United States District Judge