## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PRAGMATUS AV, LLC,

    *Plaintiff,*

v.

AVAYA, INC.

    *Defendant.*

C.A. No. 11-cv-1083-GMS

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Pragmatus AV, LLC, ("Pragmatus") and Avaya, Inc. ("Avaya"), having entered into a settlement and license agreement and each having executed the agreement, hereby stipulate to:

(1) Dismissal with prejudice of all of Pragmatus's claims against Avaya in this action;

and

(2) Dismissal with prejudice of all of Avaya's counterclaims in this action.

Each party will bear its own costs and attorneys' fees.

| | |
|---|---|
| */s/ Brian E. Farnan* | */s/ Robert M. Oakes* |
| Brian E. Farnan (#4089) | Robert M. Oakes (#5217) |
| Farnan LLP | Fish & Richardson P.C. |
| 919 North Market Street, 12th Floor | 222 Delaware Avenue, 17th Floor |
| Wilmington, Delaware 19801 | P.O. Box 1114 |
| (302) 777-0300 | Wilmington, DE 19899-1114 |
| (302) 777-0301 (Fax) | (302) 652-5070 |
| bfarnan@farnanlaw.com | oakes@fr.com |
| | |
| Of Counsel: | Christopher O. Green |
| Anthony Grillo | Fish & Richardson P.C. |
| MARINO AND GRILLO | 1180 Peachtree Street NE, 21st Floor |
| 437 Midland Avenue | Atlanta, GA 30309 |
| Wayne, PA 19087 | (404) 892-5005 |
| Telephone: (610) 989-0143 | cgreen@fr.com |
| Fax: (610) 549-2385 | |

agrillo@marinogrillo.com

*Attorneys for Plaintiff*
*PRAGMATUS AV, LLC*

*Attorneys for Defendant*
*AVAYA, INC.*

SO ORDERED this 12th day of Sept, 2012.

THE HONORABLE GREGORY M. SLEET
Chief United States District Judge